FILED

DEC 07 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JONES,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | No. C 13-01717 EJD (PR)<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>(Docket No. 19) |

On July 3, 2013, the Court dismissed the action because Petitioner did not file a federal petition and there was no case or controversy over which the Court may exercise jurisdiction. (See Docket No. 12.) The Court dismissed the action without prejudice to Petitioner filing a new action. (Id.)

Over two years later on November 9, 2015, Petitioner filed a motion requesting a "court order for extention of dead-line & toll my time [sic]." (Docket No. 19.) However, as Petitioner has been advised several times before, he must first file a petition pursuant to 28 U.S.C. § 2254 before the Court can decide whether such a petition merits tolling. Accordingly, Petitioner's application for an enlargement of time is DENIED. In the event that Petitioner files a federal habeas petition, the matter will be opened as a new action with a new case number, and Petitioner shall be subject to applicable filing fees.

Order Denying EOT
P:\PRO-SE\EJD\HC.13\01717Jones_deny-motion.wpd

1  The Clerk shall enclose two copies of the court's form petition and the court's <u>In</u>
2  <u>Forma</u> <u>Pauperis</u> Application with a copy of this order to Petitioner. No further filings
3  shall be accepted in this matter.
4  This order terminates Docket No. 19.

6  DATED: 12/4/15

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>SAN QUENTIN STATE PRISON, et al.,<br><br>    Defendants. | Case No. 5:13-cv-01717-EJD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Danny Jones ID: AA-4707
    Folsom State Prison
    P. O. Box 715071
    Represa, CA 95671

Dated: 12/7/2015

    Susan Y. Soong
    Clerk, United States District Court

    By: *Elizabeth C Garcia*
    Elizabeth Garcia, Deputy Clerk to the
    Honorable EDWARD J. DAVILA